ACCEPTED
02-17-00354-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/21/2017 9:19 PM
DEBRA SPISAK
CLERK

Case No. 02-17-00354-CV

IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/21/2017 9:19:04 PM
DEBRA SPISAK
Clerk

_____

KELLIE D. RIDER and SAMUEL RIDER,
Appellants

v.

21st MORTGAGE CORPORATION, a Delaware Corporation,
and BOSHOME, LLC
Appellees

_____

On Appeal from the 348th District Court of Tarrant County, Texas
Cause No. 348-286331-16
_____

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
APPELLANTS' BRIEF**
_____

**TO THE HONORABLE SECOND COURT OF APPEALS:**

NOW COME, Kellie D. Rider and Samuel Rider, Appellants and respectfully ask the Court to extend the time to file the Appellants' Brief, and would show unto the Court as follows, to-wit:

**I.**

1. Appellants are Kellie D. Rider and Samuel Rider; Appellees are 21st Mortgage Corporation, a Delaware Corporation, and BosHome, LLC.

1

2. Appellants' deadline to file their Appellants' Brief is December 27, 2017.

3. Appellants need additional time to file their brief because with preparation and travel, Appellant's counsel was out of the office the majority of the week of December 4th due to attending oral argument in the Fifth Circuit Court of Appeals in Case No. 16-11806; *George Clark, et al v. Deutsche Bank Nat'l Trust Co, et al.* Upon returning to the office, Appellant's counsel had dental extractions which caused him to be out of the office for several days last week. In addition, due to office closings for the holidays, Appellants need additional time to file their brief.

4. Appellants therefore request that the Court grant an extension of 30 days of the deadline to file their Appellants' brief, up to and including January 26, 2018. This is the first request for an extension of time.

5. The undersigned has conferred with opposing counsel, who indicated this motion is unopposed.

**Prayer**

WHEREFORE, PREMISES CONSIDERED, Appellants request that Appellants' deadline to file Appellants' Brief be extended up to and including January 26, 2018, and for such other and further relief, both general and special, at law and in equity, to which they may show themselves justly entitled.

Respectfully submitted,

/s/    *J.B. Peacock, Jr.*

J.B. Peacock, Jr.
State Bar No. 15678500
David M. Vereeke
State Bar No. 20547500
Todd W. Hutton
State Bar No. 24012880
**GAGNON, PEACOCK & VEREEKE, P.C.**
1349 Empire Central Drive
Suite 500, Lock Box 56
Dallas, Texas 75247
Telephone:  (214) 824-1414
Facsimile:   (214) 824-5490
Email:  attorneys@gapslaw.com

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I certify that our office contacted the attorney for Appellees, Mr. Bennett Wyse and Mr. Joseph Kimball, to discuss the merits of this motion.  Both Mr. Wyse and Mr. Kimball are unopposed.

/s/    *J.B. Peacock, Jr.*

Of Gagnon, Peacock & Vereeke, P.C.

## VERIFICATION

STATE OF TEXAS §

COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, personally appeared J.B. Peacock, Jr., known to me the person whose name is subscribed below, and on oath, deposed and stated that he is an attorney for Appellants in the above-entitled and numbered cause; that he is duly authorized to make this affidavit; that he has read the above and foregoing Unopposed Motion to Extend Time to File Appellants' Brief, and that the facts set forth, are true and correct and within his personal knowledge.



J.B. Peacock, Jr.

SUBSCRIBED AND SWORN before me, this the 21st day of December, 2017, to certify which witness my hand and seal of office.

Teresa Espinoza
Notary Public,
State of Texas
Expires: 10-15-2018

Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I certify that on the 21st day of December, 2017, a true and correct copy of the foregoing document was served by electronic means on the following parties:

1. The attorney for Appellee 21st Mortgage Corp., Bennett Wyse at bwyse@txtnlaw.com; and the attorney for Appellee BosHome, LLC, Joseph Kimball at jkimball@stockyardslawfirm.com.

/s/ _J.B. Peacock, Jr._

J.B. Peacock, Jr.
Attorney of Record for Appellants

4